| | | |
|---|---|---|
| RE: ORDER OF CLOSURE OF | § § | BEFORE THE SAVINGS AND MORTGAGE LENDING |
| FRANKLIN BANK, S.S.B. | § § | COMMISSIONER OF TEXAS AUSTIN, TRAVIS COUNTY, |
| HOUSTON, HARRIS COUNTY, TEXAS | § | TEXAS |

## ORDER OF CLOSURE

Since July 14, 2008, the Texas Department of Savings and Mortgage Lending (the "Department") and the Federal Deposit Insurance Corporation ("FDIC"), have been conducting a joint, full-scope, on-site examination of Franklin Bank, S.S.B., Houston, Harris, Texas ("Franklin Bank"). On November 4th, 2008, the Department confirmed findings from that examination. In accordance with § 96.252 of the Texas Finance Code Chapter 96, the Savings and Mortgage Lending Commissioner (the "Commissioner") has determined that the interests of the deposit account holders and creditors of Franklin Bank are jeopardized because of Franklin Bank's insolvency or imminent insolvency; and/or because of a substantial dissipation of Franklin Bank's assets or earnings because of a violation of a law or an unsafe or unsound practice; and it is in the best interests of the deposit account holders and creditors to close Franklin Bank.

WHEREAS, PREMISES CONSIDERED, it is hereby ORDERED that Franklin Bank is closed as of the 7th day of November, 2008.

FURTHER, the Commissioner hereby tenders Franklin Bank's assets and all Franklin Bank's affairs to the FDIC and appoints the FDIC as receiver to act in accordance with Chapter 96 of the Texas Finance Code and any and all applicable federal laws and regulations.

Signed this 5th day of November, 2008.

*Douglas B Foster*
Douglas B. Foster, Commissioner
Texas Department of Savings and Mortgage Lending

EXHIBIT A

STATE OF TEXAS
COUNTY OF TRAVIS

The foregoing instrument was acknowledged before me by Douglas B. Foster, Commissioner of the Texas Department of Savings and Mortgage Lending on the 5th day of November, 2008.

_____
Notary Public, State of Texas

MICHELLE D. HARRINGTON
Notary Public, State of Texas
My Commission Expires 6-21-2012

NOTARY WITHOUT BOND