# FDIC

Federal Deposit Insurance Corporation
1601 Bryan Street
Dallas, Texas 75201



Dallas Regional Office
Division of Resolutions and Receiverships

November 7, 2008

Mr. Douglas B. Foster
Commissioner
Texas Department of Savings
and Mortgage Lending
2601 North Lamar, Suite 201
Austin, Texas 78705

Re:   Franklin Bank, S.S.B., Houston, Texas

Dear Mr. Foster:

Please be advised that the Federal Deposit Insurance Corporation hereby accepts its appointment as receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

FEDERAL DEPOSIT INSURANCE CORPORATION

By: *Andrew F. Basel*
Name: Andrew Basel
Title: Receiver in Charge

04\corr\franklinbankrecacceptltr.doc

EXHIBIT B