```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JOSEPH M. SHEFFIELD,              :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :      CIVIL ACTION 09-0061-KD-M
                                  :
FEDERAL DEPOSIT INSURANCE         :
CORPORATION, etc., et al.,        :
                                  :
    Defendants.                   :

<u>ORDER</u>

    Pursuant to Fed.R.Civ.P. 26(f), a parties' planning meeting was scheduled for March 23, 2009, and was attended by counsel for Defendants.  *Pro se* Plaintiff did not attend the meeting although he had been notified of the date and time.  Therefore, in the Report of Parties' Planning Meeting filed on March 23, 2009, counsel for Defendants have requested a scheduling conference with the Court.  That request is **GRANTED** and a Rule 16(b) scheduling conference is hereby **SET** for **10:00 a.m. on Monday, April 13, 2009, in Courtroom 3B, United States Courthouse, 113 St. Joseph Street, Mobile, Alabama.**  Plaintiff is cautioned that if he fails to appear for this hearing, this action may be dismissed for his failure to prosecute and to obey the Orders of this Court.

    If Plaintiff no longer wishes to proceed with this action, he is **ORDERED** to inform the Court of that fact not later than

**April 10, 2009**.  The Court will then cancel the hearing and this action will be dismissed.

DONE this 30th day of March, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE
