# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH M. SHEFFIELD and, | ) |
| MARGIE L. SHEFFIELD, | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO: 09-00061-KD-M |
| | ) |
| FEDERAL DEPOSIT INS. CO., | ) |
| (as Receiver for FRANKLIN BANK, SSB) | ) |
| and PRESTIGE TITLE CO., INC., | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

**DONE** and **ORDERED** this the 12th day of November, 2009.

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**